■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES L. CLARK, Appellant. [620 NYS2d 167] —Appeal from a judgment of the County Court of Montgomery County (Aison, J.), rendered January 6, 1993, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

Assuming that the issue is properly before us, we reject defendant's claim that the warrantless search of his vehicle was unconstitutional. We find no reason on this record to disagree with County Court's finding that the police properly conducted an inventory search of the automobile after a valid traffic stop revealed that neither the driver nor the passenger held a current driver's license, resulting in a need to impound the vehicle. All other issues raised by defendant have been examined and found to be similarly without merit.

Mikoll, J. P., Mercure, Crew III, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBIE A. ALBEA, Appellant. [621 NYS2d 937] —Appeal from a judgment of the County Court of Columbia County (Leaman, J.), rendered October 19, 1992, convicting defendant upon her plea of guilty of the crimes of criminal sale of a controlled substance in the third degree (three counts), criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fifth degree and endangering the welfare of a child.

In reviewing the record and brief submitted by defense counsel, this Court agrees that there are no nonfrivolous issues that may be raised on appeal. Consequently, the judgment must be affirmed and defense counsel's application for leave to withdraw granted.

Cardona, P. J., Mercure, White, Casey and Peters, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.